**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-10989-TPA |
| Linda C. Butler, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**CERTIFICATE OF SERVICE OF AMENDED**
**CHAPTER 13 PLAN DATED AUGUST 1, 2019**

    I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of August, 2019, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated August 1, 2019, along with a copy of the Order dated August 2, 2019, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>August 5, 2019</u> | /s/ Jessica L. Tighe |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |

_____

*Parties served by the court electronically were not served by regular mail.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-1<br>Case 16-10989-TPA<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Erie<br>Thu Oct 27 15:38:58 EDT 2016 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 1<br>U.S. Bankruptcy Court<br>U.S. Courthouse, Room B160<br>17 South Park Row<br>Erie, PA 16501-1169 |
| Afni<br>Po Box 3097<br>Bloomington, IL 61702-3097 | Credit Acceptance<br>25505 West Twelve Mile Rd<br>Suite 3000<br>Southfield MI 48034-8331 | Credit Acceptance<br>Po Box 513<br>Southfield, MI 48037-0513 |
| Jefferson County Tax Claim Bureau<br>155 Main Street<br>Brookville, PA 15825-1281 | Jefferson County Tax Claim Bureau<br>200 Main Street<br>Brookville, PA 15825-1271 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 |
| Nco Fin/55<br>Po Box 13570<br>Philadelphia, PA 19101 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>310 Ridge Avenue<br>Punxsutawney, PA 15767-1712 |
| PA Collection Service<br>P.O. Box 893<br>Washington, PA 15301-0893 | Peoples Gas Bankruptcy Department<br>Attn: Dawn Lindner<br>375 North Shore Drive, Suite 600<br>Pittsburgh, PA 15212-5866 | Phillips<br>P.O. Box 7200<br>Bartlesville, OK 74005-7200 |
| Portfolio Recvry&Affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502-4952 | Westlake Financial Svc<br>4751 Wilshire Blvd<br>Los Angeles, CA 90010-3827 | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658-0211 |
| Linda C. Butler<br>603 Robinson Street<br>Punxsutawney, PA 15767-8268 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219-2702 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients   19
Bypassed recipients   1
Total                 20