### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-10989-TPA |
| **Linda C. Butler,** | : |
|         Debtor | : Chapter 13 |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 5th day of August, 2019, a true and correct copy of the Order dated August 2, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

    STA OF PENNSYLVANIA, INC.
    3349 HIGHWAY 139, BUILDING A, SUITE C
    WALL, NJ 07719

    LINDA C. BUTLER
    603 ROBINSON STREET
    PUNXSUTAWNEY, PA 15767

    Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

| | |
|---|---|
| | Respectfully submitted, |
| Executed on: <u>August 5, 2019</u> | <u>/s/ Jessica L. Tighe</u> |
| | Jessica L. Tighe; Legal Asst. |
| | Law Offices of Kenny P. Seitz |
| | P. O. Box 211 |
| | Ligonier, PA  15658 |
| | (814) 536-7470 |