# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Case No. 16-10989-TPA |
| **Linda C. Butler,** | : |
| Debtor | : Chapter 13 |
| | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 25th day of September, 2019, a true and correct copy of the Order dated September 24, 2019, together with the above Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

STA OF PENNSYLVANIA, INC.
3349 HIGHWAY 139, BUILDING A, SUITE C
WALL, NJ 07719

LINDA C. BUTLER
603 ROBINSON STREET
PUNXSUTAWNEY, PA 15767

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: September 25, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470