### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-10989-TPA |
| Linda C. Butler, | : | |
| Debtor | : | Chapter 13 |
| | : | |

### CERTIFICATE OF SERVICE OF AMENDED
### CHAPTER 13 PLAN DATED SEPTEMBER 10, 2020

I, Samantha L. Stahl, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 15th day of September, 2020, a true and exact copy of the Notice of Proposed Modification to Confirmed Plan with attached Amended Chapter 13 Plan dated September 10, 2020, along with a copy of the Order dated September 14, 2020, on all of the creditors on the Court's Mailing Matrix by First-Class Mail, U.S. Postage paid.

Executed on: September 15, 2020

Respectfully submitted,
/s/ Samantha L. Stahl
Samantha L. Stahl; Legal Asst.
Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470

---

*Parties served by the court electronically were not served by regular mail.