**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-10989-TPA |
| Linda C. Butler, | : | |
| Debtor | : | Chapter 13 |
| | : | |
| Linda C. Butler, | : | Docket No. 88 |
| Movant | : | |
| vs. | : | Hearing Date & Time: December 9, 2020 |
| | : | 10:00 AM |
| Ronda J. Winnecour, Esquire | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION TO EMPLOY SPECIAL COUNSEL IN DIVORCE PROCEEDING**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Employ Special Counsel in Divorce Proceeding filed on November 4, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Employ Special Counsel in Divorce Proceeding appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Employ Special Counsel in Divorce Proceeding were to be filed and served no later than November 23, 2020.

It is hereby respectfully requested that the Order attached to the Motion to Employ Special Counsel in Divorce Proceeding be entered by the Court.

Dated: November 24, 2020

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. #81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470