## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 16-10989-TPA** |
| **Linda C. Butler,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Linda C. Butler,** | : | **Docket No. 97** |
| Movant | : | |
| | : | **Hearing Date & Time: January 6, 2021** |
| vs. | : | 10:00 AM |
| | : | |
| **Afni, Inc.,** | : | |
| **Credit Acceptance,** | : | |
| **Jefferson County Tax Claim Bureau,** | : | |
| **Midland Funding,** | : | |
| **NCO Fin/55,** | : | |
| **OneMain Financial,** | : | |
| **PA Collection Service,** | : | |
| **Peoples Gas,** | : | |
| **Phillips,** | : | |
| **Portfolio Recovery & Affiliates,** | : | |
| **Westlake Financial Services,** | : | |
| Respondent | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING
## MOTION FOR MODIFICATION OF CHAPTER 13 PLAN TO 84 MONTHS

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Modification of Chapter 13 Plan to 84 Months filed on December 3, 2020, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Modification of Chapter 13 Plan to 84 Months appears thereon. Pursuant to the Notice of Hearing, objections to the Motion for Modification of Chapter 13 Plan to 84 Months were to be filed and served no later than December 21, 2020.

It is hereby respectfully requested that the Order attached to the Motion for Modification of Chapter 13 Plan to 84 Months be entered by the Court.

Dated: December 22, 2020                     /s/ Kenneth P. Seitz, Esquire
                                             Kenneth P. Seitz, Esquire
                                             PA I.D. #81666
                                             Law Offices of Kenny P. Seitz
                                             P.O. Box 211
                                             Ligonier, PA 15658
                                             (814) 536-7470