FILED
1/5/21 4:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| LINDA C. BUTLER | : | Case No. 16-10989-TPA |
| *Debtor(s)*, | : | Chapter 13 |
| | : | |
| LINDA C. BUTLER | : | |
| *Movant(s)* | : | |
| | : | |
| v. | : | Related to Doc. No. 91 |
| RONDA J. WINNECOUR, ESQUIRE, | : | |
| Chapter 13 Standing Trustee, | : | |
| *Respondent.* | : | |
| | : | |

**ORDER**

On November 10, 2020, a Conciliation Conference was held on the Debtor's Amended Plan dated September 10, 2020, (Doc. No. 77) which Amended Plan was seeking an extension of the plan term under the CARES Act.  In order to finally implement this request the Court requires that a "Motion Seeking CARES Act Relief" be filed which specifically states relevant facts in support of the Amended Plan and meeting the Debtor's burden under the CARES Act.

*AND NOW*, this **5**<sup>th</sup> day of *January, 2021*, it is hereby **ORDERED, ADJUDGED and DECREED** that

(1)    ***On or before January 19, 2021,*** the Debtor shall file an ***Amended Motion for CARES Act Extension of Plan Term*** ("Motion") and provide:

(a)    The specific nature of the requested plan extension and its effect on the current plan term;

1

(b)     Detailed narrative explanation of material facts in support of the requested relief meeting Debtor's burden that current circumstances, either directly or indirectly, were caused by the COVID-19 pandemic and did not exist prior to the current loss of income;

(c)     An analysis of Chapter 13 plan payments throughout the case including copies of the Ch 13 Trustee disbursement schedule;

(d)     Justify with a showing of the Debtor's affected, current financial situation that the number of requested months for the extension is supported as opposed to some lesser period of time; and,

(e)     Any other relevant information in support of the request for CARES Act relief including appropriate affidavits.

(2)     The Debtor(s) need not self-schedule the *Amended Motion*.  Upon filing, the

Court will schedule the matter for evidentiary hearing.

(3)     The hearing previously scheduled on January 6, 2021 at 10am is

*CANCELLED*.

_____
Thomas P. Agresti, Judge        **ljm**
United States Bankruptcy Court

Case administrator to serve:
Debtor(s)
Kenneth P. Seitz, Esq.
Ronda J. Winnecour, Esq., Chapter 13 Trustee

2

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 16-10989-TPA
Linda C. Butler                                                                           Chapter 13
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: dpas                                        Page 1 of 2
Date Rcvd: Jan 05, 2021                       Form ID: pdf900                                Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**
+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2021:**

**Recip ID             Recipient Name and Address**
db                  +  Linda C. Butler, 603 Robinson Street, Punxsutawney, PA 15767-8268

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2021                     Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2021 at the address(es) listed
below:**

**Name                          Email Address**

Brian Nicholas
                              on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A
                              bnicholas@kmllawgroup.com

Kenneth P. Seitz
                              on behalf of Debtor Linda C. Butler thedebterasers@aol.com

Office of the United States Trustee
                              ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
                              cmecf@chapter13trusteewdpa.com

S. James Wallace
                              on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace

District/off: 0315-1                                    User: dpas                                    Page 2 of 2
Date Rcvd: Jan 05, 2021                              Form ID: pdf900                              Total Noticed: 1

on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com,
PNGbankruptcy@peoples-gas.com

TOTAL: 6