## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

LINDA C. BUTLER                                  Case No. 16-10989TPA


               Debtor(s)

RONDA J. WINNECOUR,                              Chapter 13
Standing Chapter 13 Trustee,

             Movant

    vs.                                         Document No __

WILMINGTON SAVINGS FUND SOCIETY
FSB - TRUSTEE STANWICH MTG LOAN
TRUST A        Respondents


### NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has informed the Trustee that the account has been assigned to UNKNOWN. No further payments will be issued on this debt until a proof of assignment / notice of transfer of the bankruptcy claim, required by Fed.R.Bankr.P. 3001(e), is filed with the Clerk of the Bankruptcy Court and served on the Trustee. [Refer to www.ecf.pawb.uscourts.gov under Forms and National Forms.] At some future point, the Trustee may seek leave to deposit the funds into Court.

WILMINGTON SAVINGS FUND SOCIETY          Court claim# 3/Trustee CID# 19
FSB - TRUSTEE STANWICH MTG LOAN
TRUST A
C/O CARRINGTON MORTGAGE SVCS LLC
PO BOX 3730
ANAHEIM, CA 92806


The Movant further certifies that on 01/12/2021 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

cc: debtor(s)
    original creditor
    putative creditor
    counsel for debtor(s)
    counsel for the creditor(s) (if known)

---

DEBTOR(S):
LINDA C. BUTLER, 603 ROBINSON
STREET, PUNXSUTAWNEY, PA  15767

:
CARRINGTON MORTGAGE SERVICES
LLC, BANKRUPTCY DEPARTMENT,
1600 SOUTH DOUGLASS RD,
ANAHEIM, CA  92806

ORIGINAL CREDITOR'S COUNSEL:
PADGETT LAW GROUP, 6267 OLD
WATER OAK RD STE 203,
TALLAHASSEE, FL  32312

NEW CREDITOR:
UNKNOWN

DEBTOR'S COUNSEL:
KENNETH P SEITZ ESQ, LAW
OFFICES OF KENNY P SEITZ, POB
211, LIGONIER, PA  15658

ORIGINAL CREDITOR:
WILMINGTON SAVINGS FUND
SOCIETY FSB - TRUSTEE STANWICH
MTG LOAN TRUST A, C/O
CARRINGTON MORTGAGE SVCS LLC,
PO BOX 3730, ANAHEIM, CA  92806