FILED
1/22/21 2:19 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-10989-TPA |
|     Linda C. Butler, | : | |
|                 Debtor | : | Chapter 13 |
| | : | |
| Linda C. Butler, | : | Docket No. |
|                 Movant | : | |
| | : | Related to Docket No. 105 |
|     vs. | : | |
| | : | |
| Afni, Inc., | : | |
| Credit Acceptance, | : | |
| Jefferson County Tax Claim Bureau, | : | |
| Midland Funding, | : | |
| NCO Fin/55, | : | |
| OneMain Financial, | : | |
| PA Collection Service, | : | |
| Peoples Gas, | : | |
| Phillips, | : | |
| Portfolio Recovery & Affiliates, | : | |
| Westlake Financial Services, | : | |
|                 Respondent | : | |
| | : | |
| Ronda J. Winnecour, Esquire , | : | |
| Chapter 13 Trustee, | : | |
|          Additional Respondent | : | |

## ORDER

**AND NOW,** on this __22nd__ day of __January__, _2021,_ upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED AND DECREED that the Debtor's request under the CARES Act is approved and the Debtor's Amended Chapter 13 Plan dated September 10, 2020 is hereby approved.

BY THE COURT,

_____
Thomas P. Agresti    **ljm**
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-10989-TPA
Linda C. Butler  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1  User: dpas  Page 1 of 2
Date Rcvd: Jan 22, 2021  Form ID: pdf900  Total Noticed: 28

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Butler, 603 Robinson Street, Punxsutawney, PA 15767-8268 |
| sp | + | Lea Ann Heltzel, Hopkins Heltzel, LLP, 100 Meadow Lane, Suite 5, DuBois, PA 15801-2460 |
| cr | + | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Wilmington Savings Fund Society, FSB, as trustee o, Aldridge Pite, LLP, P.O. Box 17933, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14348302 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14307415 | + | Jefferson County Tax Claim Bureau, 200 Main Street, Brookville, PA 15825-1271 |
| 14307414 | + | Jefferson County Tax Claim Bureau, 155 Main Street, Brookville, PA 15825-1281 |
| 14307417 | | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 14307419 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14307420 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |
| 14345675 | + | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15316797 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14370130 | + | WF 19 Grantor Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14747099 | + | Wilmington Savings Fund Society, Carrington Mortgage Services, LLC,, 1600 South Douglass Road,, Anaheim, CA 92806-5948 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:42:53 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14307412 | + | Email/Text: EBNProcessing@afni.com | Jan 23 2021 03:19:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14307413 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 23 2021 03:18:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14307728 | + | Email/Text: ebnnotifications@creditacceptance.com | Jan 23 2021 03:18:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14307416 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 23 2021 03:18:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14307418 | + | Email/PDF: cbp@onemainfinancial.com | Jan 23 2021 03:35:51 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14762579 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:47:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14307877 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:47:47 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14307421 | + | Email/PDF: gecsedi@recoverycorp.com | Jan 23 2021 03:47:31 | Phillips, P.O. Box 7200, Bartlesville, OK 74005-7200 |
| 14307422 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 23 2021 03:42:53 | Portfolio Recvry&Affil, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 14368490 | + | Email/Text: bankruptcynotice@westlakefinancial.com | | |

Case 16-10989-TPA    Doc 107    Filed 01/24/21    Entered 01/25/21 00:36:21    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-1 | User: dpas | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2021 | Form ID: pdf900 | Total Noticed: 28 |

|  |  |  | Jan 23 2021 03:18:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
|---|---|---|---|---|
| 14307423 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 23 2021 03:18:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2021                    Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A bnicholas@kmllawgroup.com |
| Kenneth P. Seitz | on behalf of Debtor Linda C. Butler thedebterasers@aol.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| S. James Wallace | on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 6