IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Linda C. Butler | : | Case No. 16-10989-JCM |
| | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| Ronda J. Winnecour, Chapter 13 Trustee | : | Related to Document |
| | : | |
| Movant(s) | : | |
| | : | Hearing Date: |
| vs. | : | |
| | : | |
| Linda C. Butler | : | |
| | : | |
| Respondent(s) | : | |

### CERTIFICATE OF SERVICE OF FILING NOTICE OF HEARING ON TRUSTEE'S MOTION TO DISMISS

TO CLERK, UNITED STATES BANKRUPTCY COURT:

    I hereby certify that a copy of the Notice of Hearing on Trustee's Motion to Dismiss was served on each and every creditor identified on the attached mailing matrix.

10/4/2023  
Date

/s/Rosa M. Richard  
Office of the Chapter 13 Trustee  
US Steel Tower – Suite 3250  
600 Grant Street  
Pittsburgh, PA  15219  
(412) 471-5566  
cmecf@chapter13trusteewdpa.com