Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Linda C. Butler** | : | Case No. 16−10989−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | Related to Doc. No. 120 |
| | : | |

**ORDER DISMISSING CASE WITHOUT PREJUDICE AND
TERMINATING WAGE ATTACHMENT**

  *AND NOW,* this *The 25th of October, 2023,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

  (1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. **Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.**

  (2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

  (3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

  (4) The Clerk shall give notice to all creditors of this dismissal.

                _____
                John C. Melaragno, Judge
                United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Linda C. Butler  
Debtor

Case No. 16-10989-JCM  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Oct 25, 2023     Form ID: 309     Total Noticed: 30

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 27, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda C. Butler, 1 Simpson Avenue Apt. A, Punxsutawney, PA 15767-1361 |
| sp | + | Lea Ann Heltzel, Hopkins Heltzel, LLP, 100 Meadow Lane, Suite 5, DuBois, PA 15801-2460 |
| 14348302 | | CitiFinancial Servicing LLC, P.O. Box 6043, Sioux Falls, SD 57117-6043 |
| 14307415 | + | Jefferson County Tax Claim Bureau, 200 Main Street, Brookville, PA 15825-1271 |
| 14307414 | + | Jefferson County Tax Claim Bureau, 155 Main Street, Brookville, PA 15825-1281 |
| 15397089 | + | Limosa, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14307417 | | Nco Fin/55, Po Box 13570, Philadelphia, PA 19101 |
| 14307419 | + | PA Collection Service, P.O. Box 893, Washington, PA 15301-0893 |
| 14307420 | + | Peoples Gas Bankruptcy Department, Attn: Dawn Lindner, 375 North Shore Drive, Suite 600, Pittsburgh, PA 15212-5866 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Oct 26 2023 04:05:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2023 00:13:00 | Peoples Gas Company LLC, f/k/a Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2023 00:13:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:13:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | + | Email/Text: ecfbnc@aldridgepite.com | Oct 26 2023 00:13:00 | Wilmington Savings Fund Society, FSB, as trustee o, Aldridge Pite, LLP, P.O. Box 17933, 4375 Jutland Drive, Suite 200, San Diego, CA 92117-3600 |
| 14307412 | + | Email/Text: EBNProcessing@afni.com | Oct 26 2023 00:14:00 | Afni, Po Box 3097, Bloomington, IL 61702-3097 |
| 14307413 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2023 00:12:00 | Credit Acceptance, Po Box 513, Southfield, MI 48037-0513 |
| 14307728 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 26 2023 00:12:00 | Credit Acceptance, 25505 West Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 15632919 | ^ | MEBN | Oct 26 2023 00:08:35 | EDWARD BROWN, C/O FCI LENDER SERVICES, P.O. BOX 27370, ANAHEIM HILLS, CA 92809-0112 |
| 14307416 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 26 2023 00:14:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 14307418 | + | EDI: AGFINANCE.COM | Oct 26 2023 04:05:00 | OneMain Financial, 310 Ridge Avenue, Punxsutawney, PA 15767-1712 |
| 14762579 | | EDI: PRA.COM | Oct 26 2023 04:05:00 | Portfolio Recovery Associates, LLC, PO Box |

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 25, 2023 | Form ID: 309 | Total Noticed: 30 |

| | | | | |
|---|---|---|---|---|
| | | | | 41067, Norfolk, VA 23541 |
| 14307877 | + | EDI: RECOVERYCORP.COM | Oct 26 2023 04:05:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14345675 | + | Email/Text: ebnpeoples@grblaw.com | Oct 26 2023 00:13:00 | Peoples TWP LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14307421 | + | EDI: RMSC.COM | Oct 26 2023 04:05:00 | Phillips, P.O. Box 7200, Bartlesville, OK 74005-7200 |
| 14307422 | + | EDI: PRA.COM | Oct 26 2023 04:05:00 | Portfolio Recvry&Affil, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15316797 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:13:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 14368490 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 26 2023 00:14:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14370130 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Oct 26 2023 00:13:00 | WF 19 Grantor Trust, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 14307423 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Oct 26 2023 00:14:00 | Westlake Financial Svc, 4751 Wilshire Blvd, Los Angeles, CA 90010-3847 |
| 14747099 | + | Email/Text: BKBCNMAIL@carringtonms.com | Oct 26 2023 00:12:00 | Wilmington Savings Fund Society, Carrington Mortgage Services, LLC,, 1600 South Douglass Road,, Anaheim, CA 92806-5948 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Limosa, LLC |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 27, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Wilmington Savings Fund Society  FSB, as trustee of Stanwich Mortgage Loan Trust A |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 3 of 3 |
| Date Rcvd: Oct 25, 2023 | Form ID: 309 | Total Noticed: 30 |

    bnicholas@kmllawgroup.com

Kenneth P. Seitz

    on behalf of Debtor Linda C. Butler thedebterasers@aol.com

Office of the United States Trustee

    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

    cmecf@chapter13trusteewdpa.com

S. James Wallace

    on behalf of Creditor Peoples TWP LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com

S. James Wallace

    on behalf of Creditor Peoples Gas Company LLC  f/k/a Peoples TWP LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

TOTAL: 6