**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>LINDA C. BUTLER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Case No.:16-10989<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/17/2016 and confirmed on 12/02/2016 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 71,537.83 |
| Less Refunds to Debtor | | 5.26 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 71,532.57 |
| | | | | |
| Administrative Fees | | | | |
|     Filing Fee | | 0.00 | | |
|     Notice Fee | | 0.00 | | |
|     Attorney Fee | | 3,529.00 | | |
|     Trustee Fee | | 3,249.10 | | |
|     Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 6,778.10 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
|   EDWARD BROWN | 0.00 | 33,869.61 | 0.00 | 33,869.61 |
|     Acct: 2486 | | | | |
|   EDWARD BROWN | 7,385.97 | 1,810.49 | 0.00 | 1,810.49 |
|     Acct: 2486 | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 4,736.29 | 893.03 | 1,435.19 | 2,328.22 |
|     Acct: 803A | | | | |
|   CREDIT ACCEPTANCE CORP* | 4,225.00 | 4,225.00 | 325.80 | 4,550.80 |
|     Acct: 0821 | | | | |
|   PRA RECEIVABLES MANAGEMENT LLC - A | 173.82 | 171.80 | 30.50 | 202.30 |
|     Acct: 6846 | | | | |
|   SPECIALIZED LOAN SERVICING LLC - SVC | 12,855.71 | 12,496.18 | 2,173.56 | 14,669.74 |
|     Acct: 1310 | | | | |
| | | | | 57,431.16 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LINDA C. BUTLER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-10989 | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Priority | | | | |
|   LINDA C. BUTLER | 5.26 | 5.26 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICES OF KENNETH P SEITZ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   KENNETH P SEITZ ESQ | 3,529.00 | 3,529.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   JEFFERSON COUNTY TAX CLAIM BUREAU | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4744 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP L | 0.00 | 7,323.31 | 0.00 | 7,323.31 |
|     Acct: 8862 | | | | |
| | | | | 7,323.31 |
| Unsecured | | | | |
|   AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3172 | | | | |
|   MIDLAND FUNDING | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9338 | | | | |
|   NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 1618 | | | | |
|   ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8542 | | | | |
|   PA COLLECTION SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6642 | | | | |
|   PEOPLES GAS LLC F/K/A PEOPLES TWP L | 1,268.33 | 0.00 | 0.00 | 0.00 |
|     Acct: 0160 | | | | |
|   PHILLIPS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9000 | | | | |
|   PRA AG FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0088 | | | | |
|   CREDIT ACCEPTANCE CORP* | 3,188.25 | 0.00 | 0.00 | 0.00 |
|     Acct: 0821 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0869 | | | | |
|   SPECIALIZED LOAN SERVICING LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CREDITOR INFORMATION MISSING OR V/ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ALDRIDGE PITE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS      64,754.47

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 29,376.79 |
| UNSECURED | 4.456.58 |

Date: 12/01/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com